

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

WK:RMP
F. #2020R00244

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 25, 2020

By ECF

The Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. African Frazier
                Docket No. 20-MJ-210

Dear Judge Levy:

        On March 16, 2020, Chief Judge Roslynn R. Mauskopf issued Administrative Order No. 2020-06.  That Administrative Order excludes time under the Speedy Trial Act in all criminal matters from March 16, 2020 to April 27, 2020, finding that the ends of justice served by taking such action outweigh the interests of the parties and the public in a speedy trial and in the time in which an indictment must be filed.  The government submits this letter to memorialize the effect of that Administrative Order within the individual docket of this case.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

By:        /s/
        Robert M. Pollack
        Assistant U.S. Attorney
        (718) 254-6232

cc:    Clerk of Court (RML) (by ECF)
       Kannan Sundaram, Esq. (by E-mail)